Emily Beauman, Appellant, v. Walter F. Bostley, Respondent.— Judgment and order unanimously affirmed, with costs.

Howell, MacArthur & Wiggin, Inc., Respondent, v. Maurice Weinberg and Another, Appellants.— Judgment and order unanimously affirmed, with costs.

The People of the State of New York ex rel. Corporation of Yaddo, Respondent, v. Hiram J. Freeman, as Commissioner of Accounts and Assessor of the City of Saratoga Springs, William D. Eddy and Others, as Members of the City Council of the City of Saratoga Springs, Appellants.— Order and judgment unanimously affirmed, with costs.

The People of the State of New York, Respondent, v. Edward Russell and Maude Russell, Appellants.— Judgments of conviction and orders unanimously affirmed. Any errors made in the rulings of the court did not affect the substantial rights of the defendants, and are disregarded under section 542 of the Code of Criminal Procedure.

In the Matter of the Claim of A. M. Sanford, Respondent, against O. D. Greene and Another, Appellants. State Industrial Board, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Emma Montgomery, Respondent, against Bartholomay Milk Company and Another, Appellants. State Industrial Board, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Concetta Ingrassia, Respondent, against De Luca Construction Company and Another, Appellants. State Industrial Board, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Nick Mollick, Respondent, against Modern Roofing Company, Inc., Respondent, and Federal Surety Company, Appellant. State Industrial Board, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board against the appellant.

In the Matter of the Claim of William Wharton, Respondent, against Indiana Distributors, Inc., and Another, Appellants. State Industrial Board, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of John McCallum, Respondent, against Sterling Engine Company and Another, Appellants. State Industrial Board, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.